MUNICIPAL BANK, Respondent, v. PARKWAY WALK CONSTRUCTION CORPORATION and Others, Defendants. WOLF GELBAND, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.